# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| ANNA G. NUCKLES | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     No.: 3:06-cv-00447 |
| | ) |
| SAMUEL GASPARYIAN | ) |
| | ) |
|     Defendant. | ) |

## AGREED ORDER OF COMPROMISE AND DISMISSAL OF HANOVER INSURANCE COMPANY ONLY, WITH PREJUDICE

Come the parties, by and through counsel, and announce to the Court that all matters in controversy in this lawsuit between the Plaintiff and her uninsured motorist carrier, Hanover Insurance Company only, have been compromised and settled, and

It is, therefore, **ORDERED** that the Complaint against Hanover Insurance Company only be, and the same hereby is, **DISMISSED** with full prejudice, and in bar of the right to re-file same. No discretionary costs shall be applied for or awarded to any party. It is further **ORDERED** that the Plaintiff and her attorneys shall be responsible for the payment of all third party claims arising out of the settlement agreement reached in this cause and shall protect and hold harmless Hanover Insurance Company from any and all third party claims.

1

By his signature hereto, Plaintiff's counsel certifies that he has complied with Tenn. Code Ann. § 71-5-117 by contacting the State of Tennessee and confirming that there is no subrogation interest on the part of the State.

The Complaint against the named Defendant, Samuel Gasparyian is not affected by this Order.

ENTER this ____ day of _____, 2007.

                                                  s/ C. Clifford Shirley, Jr.
                                              MAGISTRATE C. CLIFFORD SHIRLEY, JR.